IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARRY ROJAS,

      Appellant,

 v.                                            Case No.  5D16-3051

DYCK-O'NEAL, INC.,

      Appellee.

_____/

Opinion filed December 9, 2016

Non-Final Appeal from the Circuit Court
for Orange County,
John E. Jordan, Judge.

N. James Turner, Orlando, for Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED. <u>See</u> <u>Aluia v. Dyke-O'Neal, Inc.</u>, 41 Fla. L. Weekly D1660 (Fla. 2d DCA

July 15, 2016) (holding that debtor's motion to dismiss was correctly denied because

debtor failed to plead and prove that creditor was "debt collector" as defined by the Fair

Debt Collection Practices Act, 15 U.S.C. §§1692-1692p).

ORFINGER, TORPY and COHEN, JJ., concur.